**EXHIBIT A**

## CONTRACTING AGREEMENT

This CONTRACTING AGREEMENT (hereinafter referred to as "Agreement") is made by and between the National Rifle Association (hereinafter "NRA"), a New York non-for-profit corporation with offices at 11250 Waples Mill Road, Fairfax, Virginia 22030, and Marion P. Hammer, Consultant, P.O. Box 1676, Tallahassee, Florida 32302-1676 (hereinafter "Consultant").

In consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

1.    **SERVICES:**

The Consultant will perform services in the form of advice, analysis and other duties reasonably assigned by the Executive Vice President of the NRA and Executive Director/ILA including providing information, advice and counsel on legislation, initiative, referenda, election, communication and media matters and other related services as may be requested by the NRA or NRA/ILA. Consultant will not work under the day-to-day direction and control of the NRA in the performance of services.

2.    **TERMS & TERMINATION:**

A.    The term of this Agreement will be for one year, January 1, 2018, through December 31, 2019, unless terminated earlier as provided within.

B.    In the NRA's sole discretion, the NRA may elect to renew this Agreement by notifying Consultant in writing before the expiration of the term.

Page 1 of 4

3.    **COMPENSATION AND REIMBURSEMENT:**

    A.    NRA will pay Consultant $168,000 per year which shall be paid quarterly on the first day of January, April, July and October during the term of this agreement.

    B.    Consultant will be reimbursed for any ordinary and necessary expenses resulting from the performance of services to NRA, including but not limited to travel, meals, lodging, courier, express mail and secretarial services incurred as a result of performing services for the Executive Vice President and the Executive Director/ILA. In all cases, vouchers must be submitted with original receipts in order to be reimbursed and Consultant shall be reimbursed within thirty (30) days of her submission of any such expense report.

4.    **CONFIDENTIALITY AND CONFLICTS**

    A.    Both parties agree to keep this Agreement, the fact of this Agreement and all of its terms and conditions strictly confidential and shall not disclose or permit disclosure of the Agreement or any portion thereof to any third party, except such disclosures to their attorneys, to auditors, tax advisors, bookkeepers, and state, local or federal authorities as may be authorized or required by law.

    B.    Under this Agreement, the parties acknowledge that the Consultant may also be consulting on business, policy, legislative and political issues with other clients. The Consultant agrees not to accept, without prior approval from NRA, any such engagement. If, in the course of working with a client other than the NRA, a potential conflict of interest is discovered or arises, the Consultant will immediately withdraw from consulting with any other client unless she receives an express waiver of conflict from the NRA.

        1.    The NRA hereby acknowledges Consultant's work with Unified Sportsmen of Florida as non-conflicting service.

2.   The NRA hereby acknowledges Consultant's work on behalf of children with dyslexia and related learning disabilities and pro bono services to Dyslexia Research Institute, Inc. a non-profit 501(c)(3) organization and Woodland Hall Academy, a private non-profit school for children with dyslexia as non-conflicting service.

3.   The NRA hereby acknowledges Consultant's volunteer work for the Museum of Florida History Foundation, a non-profit 501(c)(3) fundraising organization dedicated to artifact acquisition for the Museum of Florida History as non-conflicting service.

5.   **MISCELLANEOUS:**

A.   Consultant will not assign her rights or delegate the performance of her duties hereunder without prior written consent of the NRA.

B.   Nothing in the Agreement or in the performance thereof shall be construed to create an employer-employee relationship, partnership, sales agency, dealership, joint venture or joint employer relationship between the NRA and Consultant. The NRA and Consultant are and shall remain independent contractors. Consultant shall not be deemed to be employed by the NRA for the purpose of any tax and withholding of contribution levied by the Social Security Act or any state law with respect to employment, unemployment, and disability compensation for employment. Consultant accepts exclusive liability for any payroll taxes, income taxes, withholdings, or contributions imposed by the federal Social Security Act or any state law with respect to Consultant.

C.   Contractor is not authorized to accept any service of process for the NRA and Consultant shall in no manner misrepresent that status of the relationship between Consultant and the NRA. Consultant has no authority to enter into any contracts on the NRA's behalf.

D.   Consultant shall keep confidential any trade secrets, methods, process or procedures or any other confidential, financial, membership, legislative, donor, or business information of the NRA which she learns during the course of her performance under this agreement, without the prior written

consent of the NRA.  The obligation shall survive the cancellation or other termination of this Agreement.

E.  This Agreement shall be governed by the applicable laws of the Commonwealth of Virginia.

F.  Any legal action arising under or relating to this agreement or the breach hereof shall be brought only in a court situated in the City of Alexandria or the county of Fairfax,  Commonwealth of Virginia, and the parties hereto hereby submit and consent to the exercise of personal jurisdiction over them by such courts for the purpose of any such action.

G.  This Agreement may not be altered or modified, except in writing, signed and acknowledged by both parties hereto.

H.  The parties hereby acknowledge receipt of a true copy of the Agreement.

**MARION P. HAMMER, CONSULTANT**

_____          12/22/2017
MARION P. HAMMER                                                        DATE


**NATIONAL RIFLE ASSOCIATION OF AMERICA**

_____          12/29/17
BY:    WAYNE R. LAPIERRE                                          DATE
        EXECUTIVE VICE PRESIDENT

**EXHIBIT B**

## ADDENDUM TO 2018 CONTRACT
### Between
### The National Rifle Association and Marion P. Hammer

**AMENDMENT 1.** Section 2. TERMS & TERMINATION, subsection A. is replaced with a new subsection A. to read:

A.      The term of this Agreement will be for ten years, January 1, 2018, through December 31, 2028, unless terminated earlier as provided within.

**AMENDMENT 2.** Section 3. COMPENSATION AND REIMBURSEMENT, subsection A. is replaced with a new subsection A. to read:

A.      NRA will pay Consultant $220,000 per year which shall be paid quarterly on the first day of January, April, July and October during the term of this agreement.

The parties hereby acknowledge and agree to this Addendum.

**MARION P. HAMMER, CONSULTANT**

_Marion P. Hammer_       april 16/2018
_____

MARION P. HAMMER                                        DATE

**NATIONAL RIFLE ASSOCIATION OF AMERICA**

_Wayne L. P___       4/12/18
_____

BY:     WAYNE R. LAPIERRE                              DATE
        EXECUTIVE VICE PRESIDENT

**EXHIBIT C**



National Rifle Association of America
11250 Waples Mill Road, Fairfax, VA 22030

FOR IMMEDIATE RELEASE
June 16, 2022

# Florida NRA-ILA Lobbyist
# Marion Hammer to Retire After 44 Years

FAIRFAX, Va. - After more than four decades of extraordinary service to the National Rifle Association of America, the Second Amendment, and gun owners nationwide, Marion Hammer is stepping down from her position as a state lobbyist for the NRA-Institute for Legislative Action (ILA) in Florida.  She will continue to serve as an advisor to the NRA, assisting with Second Amendment advocacy in the Sunshine State and beyond.

"Marion Hammer's name has become synonymous with the Second Amendment and with the NRA. She is a dynamic and legendary advocate who has led the way with many laws that started in Florida and then served as a blueprint across the country. For more than 40 years, I have been in the trenches with Marion for landmark fights, including Right-to-Carry, Castle Doctrine and other life-saving, pro-hunting and pro-Second Amendment laws. I am grateful that Marion will stay on as an advisor to the Association – so our members can continue to benefit from her expertise and defense of their freedoms," said Wayne LaPierre, executive vice president and CEO of the NRA.

"It has been an honor to serve NRA members as state lobbyist in Florida. Above all, it's been my privilege to serve and to fight alongside great warriors for our cause like Wayne, without whom many of our nation's self-defense laws would not have been possible.  When I was first hired in September 1978, I was given one mission – 'Do what you need to do, but do not let Florida become another California.' For 44 years, I am proud to say that I faithfully delivered on that assignment with the help of our great NRA members," said Marion Hammer.

With Marion Hammer at the helm, Florida became the launching pad for many pro-gun and pro self-defense legislative initiatives over the years.  She rose through the NRA's leadership ranks and served as the first woman President of the National Rifle Association from 1996-1998.  She often said that her proudest achievement was the launch of the Eddie Eagle Gun Safe program that was launched during her presidency of the NRA.   To date, this program has reached more than 32 million children across America. A resident of Florida, she has been recognized by many national and Florida organizations as a "power player" in politics and constitutional freedom for decades.

FOR MORE INFORMATION
**NRA Public Affairs**, media@nrahq.org, (703) 267 3820

Incorporated in 1871, the National Rifle Association is America's longest-standing civil rights organization. Together with our more than five million members, we're proud defenders of history's patriots and diligent protectors of the Second Amendment.

National Rifle Association of America, 11250 Waples Mill Road, Fairfax, VA 22030, United States