IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARION P. HAMMER,**

    **Plaintiff,**

**v.**                                                  Case No. 4:25-cv-219-AW-MAF

**NATIONAL RIFLE ASSOCIATION
OF AMERICA,**

    **Defendant.**

_____/

## ORDER FOLLOWING HEARING

As stated on the record during today's telephonic hearing, Defendant's motion to stay (ECF No. 8) is GRANTED. Defendant's deadline to respond to the complaint is suspended, pending resolution of the motion to transfer venue.

No later than August 4, each party may file a supplemental brief addressing issues discussed during today's hearing.

SO ORDERED on July 23, 2025.

                                           s/ *Allen Winsor*
                                           Chief United States District Judge