UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARION P. HAMMER,**
**An individual and Florida resident**

      Plaintiff,

                              **CASE No. 4:25-cv-00219-AW-MAF**

v.

**NATIONAL RIFLE**
**ASSOCIATION OF AMERICA,**

      Defendant.

_____/

**JOINT NOTICE REGARDING DEFENDANT'S**
**MOTION TO TRANSFER VENUE**

Plaintiff Marion P. Hammer and Defendant National Rifle Association of America (the "Parties"), through their respective counsel, file this Joint Notice pursuant to the Court's September 5, 2025 Order on Defendant's Motion to Transfer Venue (the "Order") (ECF No. 16).

1. In accordance with the Order, the Parties state as follows:

    a. Defendant states that: "Defendant intends to enforce the forum-selection clause in the Parties' Contract (ECF No. 1-1)"; and

    b. Plaintiff states that: "Plaintiff will continue to pursue all other claims in this jurisdiction."

[*The remainder of this page intentionally left blank.*]

Dated: September 12, 2025      Respectfully submitted,

| | |
|---|---|
| COATES LAW FIRM, PL | JACKSON LEWIS, P.C. |
| 115 East Park Avenue, Unit 1 | 501 Riverside Avenue, Suite 902 |
| Tallahassee, FL 32301 | Jacksonville, Florida 32202 |
| Telephone: (850) 681-1029 | Telephone: (904) 638-2655 |
| Facsimile: (850) 208-9038 | Facsimile: (904) 638-2656 |

ByL */s/ Richard E. Coates*      By: */s/ Brian L. Hayden*
Richard E. Coates            Brian L. Hayden
Fla. Bar No. 0930032         Florida Bar No. 0058987
Email: rcoates@rcoateslaw.com   brian.hayden@jacksonlewis.com
Secondary E-mail:            Robert H. Schmidlin
sgreen@rcoateslaw.com        Florida Bar No. 1049839
                             robert.schmidlin@jacksonlewis.com

*Attorney for Plaintiff*        *Attorneys for Defendant*


4902-0675-4152, v. 1