**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARION P. HAMMER,**
**An individual and Florida resident**

      **Plaintiff,**

                            **CASE No. 4:25-cv-00219-AW-MAF**

**v.**

**NATIONAL RIFLE**
**ASSOCIATION OF AMERICA,**

      **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, MARION P. HAMMER, and Defendant, NATIONAL RIFLE ASSOCIATION OF AMERICA, have reached a settlement agreement in the above-referenced case. The Parties request that they be given thirty (30) days to finalize the settlement agreement and file a joint notice of dismissal with prejudice.

Respectfully submitted this 25th day of March, 2026.

| | |
|---|---|
| COATES LAW FIRM, PL | JACKSON LEWIS P.C. |
| 115 East Park Avenue, Unit 1 | 501 Riverside Avenue, Suite 902 |
| Tallahassee, FL 32301 | Jacksonville, Florida 32202 |
| | |
| _/s/ Richard E. Coates_ | _/s/Brian L. Hayden_ |
| Richard E. Coates | Brian L. Hayden |
| Florida Bar No. 0930032 | Florida Bar No. 0058987 |
| R. Mason Coates | Robert H. Schmidlin |

Florida Bar No. 1026391
rcoates@rcoateslaw.com
mcoates@rcoateslaw.com
sgreen@rcoateslaw.com

*Attorneys for Plaintiff*

Florida Bar No. 1049839
Brian L. Hayden
Florida Bar No. 58987
Brian.Hayden@jacksonlewis.com
Robert.Schmidlin@jacksonlewis.com
Megan.Pina@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com

*Attorneys for Defendant*