**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARION P. HAMMER,**

    **Plaintiff,**

**v.**                               **Case No. 4:25-cv-219-AW-MAF**

**NATIONAL RIFLE ASSOCIATION OF
AMERICA,**

    **Defendant.**

_____/

## <u>ORDER REGARDING SETTLEMENT</u>

The parties have settled. ECF No. 40. All deadlines are stayed. The court will dismiss the case without further notice unless, within 30 days, the parties file a joint stipulation of dismissal or either party shows why the case should continue.

The pending motions (ECF Nos. 32, 33, 35, 39) are DENIED as moot.

SO ORDERED on March 26, 2026.

                                s/ *Allen Winsor*_____
                                Chief United States District Judge