**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARION P. HAMMER,**
**An individual and Florida resident**

    **Plaintiff,**

**v.**                                                        **CASE No. 4:25-cv-00219-AW-MAF**

**NATIONAL RIFLE ASSOCIATION OF AMERICA,**

    **Defendant.**

_____/

**<u>MEDIATION REPORT</u>**


The parties to the above cause submitted their issues to mediation on March 24, 2026. All issues have been resolved.


<u>/s/ J.C.  O'Steen</u>
J.C. O'STEEN
Florida Bar No. 301108
**O'STEEN & O'STEEN, P.L.**
2900 East Park Ave.
Tallahassee, Florida 32301
Email: jc@osteenosteen.com
(850) 877-1028
*Mediator*


**<u>CERTIFICATE OF SERVICE</u>**


I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the CM/ECF System to all counsel of record on this 8th day of April, 2026.

<u>/s/ J.C. O'Steen</u>
Attorney