**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARION P. HAMMER,**

　　**Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No. 4:25-cv-219-AW-MAF**

**NATIONAL RIFLE ASSOCIATION OF
AMERICA,**

　　**Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 44. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on April 10, 2026.

　　　　　　　　　　　　　　s/ *Allen Winsor*
　　　　　　　　　　　　　　Chief United States District Judge